UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NELLIE BABOOLAL, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>-v.-<br><br>MONROE UNIVERSITY, LTD,<br><br>Defendant. | **NOTICE OF INITIAL PRETRIAL CONFERENCE**<br><br>Case No. 1:26-cv-00281 (JLR) |
| ROSEMARY MAYSONET, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>-v.-<br><br>MONROE UNIVERSITY, LTD.,<br><br>Defendant. | Case No. 1:26-cv-00344 (JLR) |
| JENNIFER RYAN, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiff,<br><br>-v.-<br><br>MONROE UNIVERSITY, LTD.,<br><br>Defendant. | Case No. 1:26-cv-00370 (JLR) |
| KATHERINE L. RIVERA, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>-v.-<br><br>MONROE UNIVERSITY, LTD.,<br><br>Defendant. | Case No. 1:26-cv-00403 (JLR) |

1

| | |
|---|---|
| CARLOS ORTIZ II, *individually and on behalf of all others similarly situated*,<br><br>        Plaintiff,<br><br>    -v.-<br><br>MONROE UNIVERSITY, LTD.,<br><br>        Defendant. | Case No. 1:26-cv-00446 (JLR) |
| JOHN ROSARIO, *on behalf of himself and all others similarly situated*,<br><br>        Plaintiff,<br><br>    -v.-<br><br>MONROE UNIVERSITY, LTD.,<br><br>        Defendant. | Case No. 1:26-cv-00450 (JLR) |
| ERIKA BASTON, *on behalf of herself and all others similarly situated*,<br><br>        Plaintiff,<br><br>    -v.-<br><br>MONROE UNIVERSITY, LTD.,<br><br>        Defendant. | Case No. 1:26-cv-00562 (JLR) |
| CHANE MACK, *individually and on behalf of all others similarly situated*,<br><br>        Plaintiff,<br><br>    -v.-<br><br>MONROE UNIVERSITY, LTD.,<br><br>        Defendant. | Case No. 1:26-cv-00669 (JLR) |

JENNIFER L. ROCHON, District Judge:

On January 28, 2026, the Court accepted *Mack v. Monroe University, Ltd.*, No. 26-cv-00669 (JLR) as related to *Baboolal* v. *Monroe University, LTD*, No. 26-cv-00281 (JLR).  It is hereby ORDERED that counsel shall coordinate with the other parties in the related cases and

2

comply with the Court's January 26, 2026 order in *Baboolal* v. *Monroe University, LTD*, No. 26-cv-00281 (JLR) at Dkt. 7.


Dated:    January 28, 2026          SO ORDERED.
          New York, New York

<u>Jennifer Rochon                              </u>
JENNIFER L. ROCHON
United States District Judge

3